IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00467-BNB

THARRON BROWN,

Applicant,

v.

MS. BARKER (Unit Manaden [sic]),

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR -3 2009

GREGORY C. LANGHAM
                    CLERK

---

ORDER OF DISMISSAL

---

Applicant, Tharron Brown, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary in Florence, Colorado. Mr. Brown filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. As relief, he asked for habeas corpus relief, i.e., to have his incident reports expunged, and for civil rights relief, i.e., to be transferred immediately to a lower-custody facility and for money damages.

On March 12, 2009, Magistrate Judge Boyd N. Boland entered an order noting that Mr. Brown had asserted civil rights claims and directing Mr. Brown to file within thirty days an amended application that only asserted habeas corpus claims. The March 12 order further directed Mr. Brown to initiate a separate civil rights action if he wished to pursue the civil rights claims asserted in the application. The order warned Mr. Brown that if he failed to file an amended application as directed within the time

allowed, the application would be denied and the action dismissed without further notice.

On March 25, 2009, Mr. Brown filed an amended application pursuant to 28 U.S.C. § 2241. The Court must construe the amended application liberally because Mr. Brown is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, the amended application will be denied.

The Court has reviewed the amended application filed in this action and finds that, once again, the claims Mr. Brown asserts are not habeas corpus claims and that the relief he seeks is both habeas corpus relief, i.e., to have his incident reports expunged, and civil rights relief, i.e., to be transferred immediately to a lower-custody facility and be awarded money damages.

As Magistrate Judge Boland informed Mr. Brown in the March 12, 2009, order for an amended application, "[t]he essence of habeas corpus is an attack by a person in custody upon the legality of that custody, and . . . the traditional function of the writ is to secure release from illegal custody." *See Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973). In the amended application, Mr. Brown is not challenging the validity of his conviction or the execution of his sentence. Instead, he once again challenges the conditions of his confinement. Specifically, Mr. Brown complains, as he did in his original application, that he was not transferred to a lower-security facility and instead is

being housed in a high-security facility where he believes his life is in danger because he is being housed with violent inmates.

Magistrate Judge Boland in the March 12, 2009, order for an amended application pointed out to Mr. Brown that, generally, a prisoner's challenge to his conditions of confinement is cognizable in a civil rights action. *See, e.g., Richards v. Bellmon*, 941 F.2d 1015, 1018 (10th Cir. 1991). Magistrate Judge Boland also pointed out that the claims Mr. Brown raised in the original application properly should be asserted in a separate civil rights action. He further pointed out that, if Mr. Brown wished to pursue the instant action, he must file an amended application that asserts habeas corpus claims. Mr. Brown has failed to do so. Accordingly, it is

ORDERED that the amended application is denied and the action is dismissed without prejudice for failure to comply with the directives of the March 12, 2009, order for an amended application that asserts habeas corpus claims.

DATED at Denver, Colorado, this 2 day of April, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00467-BNB

Tharron Brown
Reg No. 33493-013
USP - Florence
P.O. Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/3/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk